IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KRISTINA REAM,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | ) | CIVIL ACTION NO. 3:26-CV-01363<br><br>JUDGE JEFFREY J. HELMICK<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP |

JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g). The Court finds that an entry of judgment reversing and remanding to the agency for further administrative proceedings is appropriate because further evaluation of the prior administrative medical findings and opinion evidence is warranted.

On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: 10/13/2026

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge